IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PHILLIP M. WISE,**

    **Plaintiff,**

v.                                                                                      Case No. 4:21-cv-20-GRJ

**STATE OF FLORIDA, DEPARTMENT
OF HEALTH,**

    **Defendant.**
_____/

## JUDGMENT

This case was decided on a motion for summary judgment. Plaintiff's claims are dismissed on the merits with prejudice. Plaintiff will take nothing.

                                                                         JESSICA J. LYUBLANOVITS
                                                                         CLERK OF COURT

April 19, 2022                                                              *s/ Blair K. Patton*
Date                                                                              Deputy Clerk: Blair Patton